UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTY ALLBORTY,

                Plaintiff,

       -v-                              6:14-CV-1428
                                          (DNH/ATB)

CAROLYN W. COLVIN,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                      OF COUNSEL:

Office of Peter W. Antonowicz            PETER W. ANTONOWICZ, ESQ.
Attorneys for Plaintiff
148 West Dominick Street
Rome, NY 13440

Social Security Administration              PETER W. JEWETT, ESQ.
Attorneys for Defendant                        Special Asst. U.S. Attorney
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

     Plaintiff Christy Allborty filed this action seeking judicial review of a final decision of the

Commissioner of Social Security denying her application for supplemental security income

benefits and disability insurance benefits under the Social Security Act.  By Report-

Recommendation dated January 28, 2016, the Honorable Andrew T. Baxter, United States

Magistrate Judge, recommended that the decision of the Commissioner be reversed and the case be remanded, pursuant to 42 U.S.C. § 405(g), for further proceedings. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore,

it is ORDERED that

The Commissioner's decision denying plaintiff disability benefits be **REMANDED** pursuant to 42 U.S.C. § 405(g) for a proper evaluation of the medical opinion and other evidence, and other further proceedings, consistent with the Report-Recommendation.

The Clerk of the Court shall enter judgment and close the case.

IT IS SO ORDERED.

_____
United States District Judge

Dated: February 22, 2016
      Utica, New York